**DENY and Opinion Filed March 21, 2022**



**In the**

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-01085-CV**

**IN RE PRICEWATERHOUSECOOPERS LLP, Relator**

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-14494**

# MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Carlyle
Opinion by Justice Carlyle

Relator's December 9, 2021 petition for writ of mandamus challenges the trial court's order granting real party in interest's application to enforce the arbitration subpoena. Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that he lacks an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

After reviewing the petition, response, reply, and the record, we conclude that relator has failed to show its entitlement to the relief requested. *See* TEX. R. APP. P. 52.8(a). Accordingly, we deny the petition for writ of mandamus. We also lift the stay issued by our December 10, 2021 order.

211085f.p05

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE